UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EARTON LYNN SMITH (30582)

VERSUS

GRADY GAGNARD, ET AL

CIVIL ACTION

NO. 11-614-BAJ-SCR

**RULING**

The court has carefully considered the motions, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated May 17, 2012 (doc. no. 57), and plaintiff's objection filed May 23, 2012 (doc. 59), hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's partial motion for summary judgment (doc. 37) is DENIED and the defendants' motion for summary judgment (doc. 53) is GRANTED, and the claims against defendants Capt. Grady Gagnard, Msgt. Kenneth Washington and Dy. Warden Bruce Dodd are dismissed. The Court declines to exercise supplemental jurisdiction over any state law claim.

Baton Rouge, Louisiana, July 23, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA