UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| EARTON LYNN SMITH (30582) | CIVIL ACTION |
| VERSUS | |
| GRADY GAGNARD, ET AL | NO. 11-614-BAJ-SCR |

**RULING**

The Court has carefully considered the motion, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated June 25, 2012 (doc. no. 60), to which no objection has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, defendant's motion for summary judgment (doc. 58) is GRANTED, and this action shall be dismissed without prejudice to any state law claim.

Baton Rouge, Louisiana, July 23, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA